| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kronstadt, John A. | 2. Court or Organization U.S. District Court for the Central District of California | 3. Date of Report 05/23/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 350 West 1st Street Los Angeles, CA 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #2 |
| 2. Director and Member of Executive Committee | Constitutional Rights Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Los Angeles County Superior Court Salary and Benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizons Mid Cap Equity Fund | A | Int./Div. | M | T | | | | | |
| 2. Horizons Large Cap Equity Fund | A | Int./Div. | J | T | | | | | |
| 3. Horizons Stable Income | A | Int./Div. | K | T | | | | | |
| 4. Los Angeles County Stable Balanced Fund | E | Int./Div. | N | T | | | | | |
| 5. Los Angeles County Stable Value Fund | A | Int./Div. | M | T | | | | | |
| 6. Allianz NFJ Mutual Fund | A | Int./Div. | K | T | | | | | |
| 7. Black Rock Large Cap Value Mutual Fund | A | Int./Div. | M | T | | | | | |
| 8. Henderson International Mutual Fund | A | Int./Div. | L | T | | | | | |
| 9. CGM Focus Fund CGMFX | A | Int./Div. | J | T | | | | | |
| 10. CGM Focus Fund CGMFX | A | Int./Div. | J | T | | | | | |
| 11. CGM Realty CGMRX | A | Int./Div. | K | T | | | | | |
| 12. Los Angeles County Horizons Non-US Equity | A | Int./Div. | L | T | | | | | |
| 13. Los Angeles County Horizons Small Cap Equity | D | Int./Div. | M | T | | | | | |
| 14. Los Angeles County Horizons Midcap Equity | B | Int./Div. | N | T | | | | | |
| 15. Los Angeles CountyHorizons Non US Equity | A | Int./Div. | L | T | | | | | |
| 16. Los Angeles County Horizons Small Cap Equity | D | Int./Div. | L | T | | | | | |
| 17. Los Angeles County Savings Large Cap Equity | D | Int./Div. | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Los Angeles County Savings Balanced Fund | D | Int./Div. | M | T | | | | | |
| 19. Los Angeles County Horizons Stable Income Fund | A | Int./Div. | K | T | | | | | |
| 20. Cal. Judges Retirement System Pension Plan | | None | O | T | | | | | |
| 21. University of California Savings Fund | A | Int./Div. | J | T | | | | | |
| 22. University of Calfornia Equity Fund | A | Int./Div. | K | T | | | | | |
| 23. TIAA CREF Stock | A | Int./Div. | J | T | | | | | |
| 24. TIAA CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 25. TIAA CREF Growth | A | Int./Div. | J | T | | | | | |
| 26. TIAA CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 27. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 28. State of California SMBIA Bonds | A | Int./Div. | K | T | | | | | |
| 29. State of Calfironia Public Works Board Bond | A | Int./Div. | K | T | | | | | |
| 30. Merrill Lynch Money Market | A | Int./Div. | J | T | | | | | |
| 31. Franklin California High Yield Municipal Fund | D | Int./Div. | N | T | | | | | |
| 32. Oppenheimer International Bond Fund OIBCX | A | Int./Div. | K | T | | | | | |
| 33. Vanguard Windsor II VWNFX Fund Investor Share | A | Int./Div. | J | T | | | | | |
| 34. PWRSH - PowerShares QQQ Trust | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ABT - Abbott Lab | A | Int./Div. | J | T | | | | | |
| 36. AXP - American Express | A | Int./Div. | K | T | | | | | |
| 37. AMGN - Amgen | B | Int./Div. | L | T | | | | | |
| 38. T - AT&T | A | Int./Div. | J | T | | | | | |
| 39. CVX - Chevron | A | Int./Div. | J | T | | | | | |
| 40. XOM - Exxon Mobil | A | Int./Div. | K | T | | | | | |
| 41. ESRX - Express Scripts | A | Int./Div. | J | T | | | | | |
| 42. MSFT - Microsoft | B | Int./Div. | K | T | | | | | |
| 43. MON - Monsanto | A | Int./Div. | J | T | | | | | |
| 44. PG - Proctor Gamble | B | Int./Div. | K | T | | | | | |
| 45. SJM - JM Smucker | A | Int./Div. | J | T | | | | | |
| 46. UPS | A | Int./Div. | J | T | | | | | |
| 47. WMT - Wal Mart | B | Int./Div. | K | T | | | | | |
| 48. Vanguard 529 College Savings Plan Agressive Age-Based Option | A | Int./Div. | K | T | | | | | |
| 49. HD - Home Depot | A | Int./Div. | J | T | | | | | |
| 50. TXN - Texas Instruments | A | Int./Div. | J | T | | | | | |
| 51. QCOM - Qualcomm | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Health Care VGHCX | A | Int./Div. | K | T | | | | | |
| 53. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | | | | | |
| 54. Vanguard Money Market VMMXX | A | Int./Div. | J | T | | | | | |
| 55. Union Bank Investment Services Sweep Account | A | Int./Div. | L | T | | | | | |
| 56. American Funds Money Market Fund 529-B | A | Int./Div. | J | T | | | | | |
| 57. American Funds Balanced Fund 529-E | A | Int./Div. | J | T | | | | | |
| 58. San Francisco City and County Redevelopment Bonds | B | Int./Div. | K | T | | | | | |
| 59. Bruce Fund Mutual Fund | A | Int./Div. | K | T | | | | | |
| 60. Northwest Mutual Life Insurance | C | Int./Div. | L | T | | | | | |
| 61. Lincoln Financial Group American Legacy II Variable Annuity | | None | M | T | | | | | |
| 62. Putnam Hartford Capital Manager Variable Annuity | | None | L | T | | | | | |
| 63. Round Hill Partnership (Real Property) | D | Distribution | L | W | | | | | |
| 64. Union Bank of California Cash Account | A | Int./Div. | L | T | | | | | |
| 65. Wellsley Income Fund VWINX | B | Int./Div. | K | T | | | | | |
| 66. Vanguard 500 Index Fund VFIAX | C | Int./Div. | M | T | | | | | |
| 67. - Round Hill Partnership (Real Estate) Appraisal 12/30/2009 | D | Distribution | M | Q | | | | | |
| 68. - Country Club Offices Part. (Reat Est.) Appraisal 12/30/09 | A | Distribution | J | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Penn Center Limited Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | M | Q | | | | | |
| 70. - Potomac Place Assoc. Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | L | Q | | | | | |
| 71. MetLife Insurance | | None | J | T | | | | | |
| 72. Met Life Variable Annuity * Balance Plus Portfolio | | None | N | T | | | | | |
| 73. GNMA Pool | A | Int./Div. | | | Distributed | 12/31/16 | J | A | |
| 74. One America Asset Care Long Term Care | D | Distribution | M | T | Distributed (part) | 08/29/16 | J | C | |
| 75. Trust #2 (H) | | | | | | | | | |
| 76. Davenport & Co. Prime Cash Trust | A | Int./Div. | J | T | | | | | |
| 77. ASPCX - Alger Spectra | D | Dividend | M | T | | | | | |
| 78. FEGOX - First Eagle Gold Fund | | None | | | Sold | 12/22/16 | J | A | |
| 79. PAUCX - Pimco All Asset | A | Int./Div. | | | Sold | 12/22/16 | L | A | |
| 80. TEGBX - Templeton Global Bond | B | Dividend | L | T | | | | | |
| 81. OGMCX - Oppenheimer Gold Minerals | | None | | | Sold | 12/22/16 | J | A | |
| 82. ODVCX - Oppenheimer Developing Markets | | None | L | T | | | | | |
| 83. AFJCX - Allianz Gl NFL | A | Dividend | K | T | | | | | |
| 84. MCLVX - Black Rock Large Cap | A | Dividend | M | T | | | | | |
| 85. HFOCX - Henderson Int'l Opportunity | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FCAHX - Franklin CA High Yield | C | Dividend | N | T | | | | | |
| 87. RDSA - Royal Dutch Shell | A | Int./Div. | J | T | | | | | |
| 88. Pacific Life Annuity * American Funds Asset Allocation | | None | L | T | | | | | |
| 89. FKINX Franklin Income Fund (X) | B | Int./Div. | L | T | | | | | |
| 90. Intel (X) | A | Int./Div. | K | T | | | | | |
| 91. Abbvie (X) | A | Int./Div. | J | T | | | | | |
| 92. Alcatel Lucent | A | Int./Div. | | | Sold | 02/10/16 | J | A | |
| 93. Kopernik GLB Allcap Institutional | B | Int./Div. | M | T | Buy | 12/22/16 | L | | |
| 94. Pimco Income P | A | Int./Div. | L | T | Buy | 12/22/16 | L | | |
| 95. AQR Managed Futures Strategy 1 | A | Int./Div. | L | T | Buy | 12/22/16 | L | | |
| 96. Los Angeles County Bank Depository Fund (X) | A | Dividend | J | T | Open | 12/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 96: LAC Bank Depository Fund a pass through account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Kronstadt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544